ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 APR -7 PM 2: 18
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MICHAEL GARY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 315-026 |
| ) | |
| DR. MURRAY CHENEY, Helena, Georgia; ) | |
| MARIE YAWN; WARDEN WILLIAM ) | |
| C. DANFORTH; DEPARTMENT OF ) | |
| CORRECTIONS; and LAURIE, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 2), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 7th day of April, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE