AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MICHAEL GARY SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-026

DR. MURRAY CHENEY, Helena, GA; MARIE YAWN; WARDEN WILLIAM C. DANFORTH; DEPARTMENT OF CORRECTIONS; and LAURIE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 7, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED and stands CLOSED.

| April 7, 2015 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| |  |
| | *(By) Deputy Clerk* |